## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| LOANDEPOT.COM, LLC, | : |
| Plaintiff, | : |
| v. | : Case No.: 1:23-cv-00681-MN |
| MOVEMENT MORTGAGE, LLC, | : |
| Defendant. | : |

**JOINT STATUS REPORT REGARDING STATUS OF ARBITRATION PROCEEDINGS**

     Plaintiff loanDepot.com. LLC ("Plaintiff" or "loanDepot") and Defendant Movement Mortgage, LLC ("Defendant" or "Movement") (collectively, "the Parties"), submit this joint status report pursuant to the Court's March 20, 2024 Order requesting the status of the arbitration proceedings against Messrs. Johnson and Luchko as referenced in paragraph 9 of Defendant's counterclaim.

     1.    The arbitration against Mr. Johnson (initiated in February 2022) proceeded to hearing over six days, between February 21-28, 2024, before Arbitrator Linda Singer in JAMS arbitration. The parties are currently preparing post-hearing briefs, which are due on April 12, 2024; reply briefs are due on April 26, 2024.

     2.    The arbitration proceeding against Mr. Luchko (also initiated in February 2022) is actively engaged in discovery, and additional depositions are scheduled next month. The dispositive motion deadline in the case is April 29, 2024. A hearing is scheduled for July 15-19 and July 22-26, 2024 before the Honorable Thomas J. Rueter in JAMS arbitration.

Dated:  <u>March 21, 2024</u>

2

| Of Counsel: | **COLE SCHOTZ P.C.** |
|---|---|
| Matthew J. Hank (*pro hac vice*)<br>LITTLER MENDELSON, P.C.<br>1601 Cherry Street, Suite 1400<br>Philadelphia, PA 19102<br>267-402-3000 (Phone)<br>mhank@littler.com | */s/ Nathaniel J. Klepser*<br>Andrew L. Cole (No. 5712)<br>Nathaniel J. Klepser (No. 6975)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>(302) 652-3131 (Phone)<br>(302) 652-3117 (Fax)<br>acole@lcoleschotz.com<br>nklepser@coleschotz.com |
| Paul J. Kennedy (*pro hac vice*)<br>LITTLER MENDELSON, P.C.<br>815 Connecticut Avenue, NW, Suite 400<br>Washington, DC 20006.4046<br>202-842-3400 (Phone)<br>pkennedy@littler.com | *Attorneys for Plaintiff,*<br>*loanDepot.com, LLC* |

Thomas W. Carroll, (*pro hac vice*)
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
tcarroll@littler.com

Camellia Campanelli (*pro hac vice*)
LITTLER MENDELSON, P.C.
815 Connecticut Avenue, NW, Suite 400
Washington, DC 20006.4046
ccampanelli@littler.com

James Y. Lee, (*pro hac vice*)
LITTLER MENDELSON, P.C.
1601 Cherry St., Suite 1400
Philadelphia, PA 19102
jameslee@littler.com

Lauren M. Bridenbaugh, (*pro hac vice*)
LITTLER MENDELSON, P.C.
1800 Tyson Boulevard, Suite 500
Tyson Corner, VA 22102
lbridenbaugh@littler.com

Tyler A. Sims, (*pro hac vice*)
LITTLER MENDELSON, P.C.
One Newark Center
1085 Raymond Boulevard, 8th Floor
Newark, NJ 07102
tsims@littler.com

3

| Of Counsel: | **CONNOLLY GALLAGHER LLP** |
|---|---|
| Ari Karen (*pro hac vice*)<br>Jessica D. Feldman (*pro hac vice*)<br>Corinne Bahner (*pro hac vice*)<br>MITCHELL SANDLER LLC<br>1120 20th Street NW, Suite 725<br>Washington, D.C. 20036<br>(202) 886-5260 (Phone)<br>akaren@mitchellsandler.com<br>jfeldman@mitchellsandler.com<br>cbahner@mitchellsandler.com | */s/ Lauren P. DeLuca*<br>Lauren P. DeLuca (Del. Bar No. 6024)<br>1201 N. Market Street, 20th Floor<br>Wilmington, DE 19801<br>(302) 757-7300 (Phone)<br>ldeluca@connollygallagher.com<br><br>*Attorneys for Defendant,*<br>*Movement Mortgage, LLC* |