# EXHIBIT 1

# loanDepot

## Permitted Loan Transfer Agreement

Lock Date: _____    Funded Date: _____

Loan Number: _____    Borrower: _____

Loan Amount: _____

A loan transfer may only occur for the permitted reasons set forth in your **Role Specific Incentive Terms (RIT)** ("Permitted Loan Transfer"). Any loan transfer outside of a Permitted Loan Transfer is not permissible and not eligible for any sales incentive. In order to process incentive payment for a transferred loan, we <u>require</u> the valid reason for Permitted Loan Transfer. Please check applicable box for transfer reason (only one). If no reason is checked, we will need to send it back to obtain reason which could delay payment. Please refer to your signed **RIT** for more details.

- [ ] <u>Licensed State Transfer</u> - Originator with a MLO license, but not licensed in the state where the property that is the subject of the loan is located, may transfer the loan to another originator in the same branch or another branch within the Retail Channel that holds the appropriate state license. If there is not a licensed Retail LC in the subject property state, the loan should be transferred to a licensed Direct LLO.

- [ ] <u>Extended Time Away from Office Transfer</u> – If originator is out of the office for a permissible purpose for an extended period of time and needs another originator to assist the customer during the extended absence, the originator may transfer the loan to another originator.

- [ ] <u>Product Certification Transfer</u> - If the originator is not certified or qualified to originate the product that best meets the customer's needs, the originator must transfer the loan to a designated originator.

- [ ] <u>Customer Requested Transfer</u> - Originator transfers loan to another originator at the Company as a result of a written request by a customer.

- [ ] <u>Protected Builder Account</u> – If originator receives a loan from a customer within a Protected Builder Account territory, the originator must transfer the loan to the designated Builder Account LC.

We further acknowledge that the Licensed Originator (LO) will be the originator of record and will be credited with the total loan volume for any purposes; including, but not limited to, production reports, awards or other company incentives.

I have read, understood, and agreed to the content communicated within this document and signed RIT:

Originator Transferring Loan: _____    Originator Receiving Loan: _____

Transferring Originator Signature: _____ (only signature required)

Receiving Originator's Branch Name: _____

Receiving Originator Branch Manager: _____

**IMPORTANT:** Submit completed form to the Receiving Employee's Branch Manager and the Retail incentive Comp Team

Rev. 01/2020

**CONFIDENTIAL**    SJ08746