# EXHIBIT 3

**To:** se_joh@yahoo.com[se_joh@yahoo.com]
**From:** Sean Johnson
**Sent:** Mon 10/25/2021 1:49:23 PM
**Subject:** FW: Reg 9
7288cf4a-406e-4a3e-8981-5c09db8b0635.jpg



### Sean Johnson
NMLS# 476388
Area Manager

703 606 3651 cell
(855) 750-5828 fax

SeanJohnson@loandepot.com
https://www.loandepot.com/seanjohnson

4114 Legato Road, Suite 240
Fairfax, Virginia 22033

State Licensing : DC LIC # MLO476388 / MD LIC # 26-23773 / VA LIC # MLO-11853VA

**Customer service is our top priority: If you are not receiving exceptional customer service, or if you have any questions, please feel free to contact my manager Brian Covey at (615) 627-4009 or at bcovey@loandepot.com.**

Confidentiality Note: This email and any attachment(s) are for the sole use of the intended recipient(s) and may be confidential and/or privileged. Any unauthorized use, disclosure or copying is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender by return email, and delete the message.

**Please consider the environment before printing this email.**

---

**From:** Sean Johnson
**Sent:** Tuesday, January 12, 2021 10:24 AM
**To:** Alec Epstein <AEpstein@loandepot.com>; Cesar Bryson <CBryson@loandepot.com>; Duke Walker <dukewalker@loandepot.com>; Jamaal Wright <jrwright@loandepot.com>; Jason Bryan <jbryan@loandepot.com>; Kaitlyn Linane <klinane@loandepot.com>; Lauren Rice <LRice@loandepot.com>; Lisa West <lisawest@loandepot.com>; Michael Gilroy <mgilroy@loandepot.com>; Sara Foster <SaraFoster@loandepot.com>; Steven Linane <slinane@loandepot.com>; Sumeeth Theruvath <STheruvath@loandepot.com>; Andrew Midgette <amidgette@loandepot.com>; Juanita Mitchell <juanitamitchell@loandepot.com>; Sena Barbee <sbarbee@loandepot.com>; Kristen Brasher <kbrasher@loandepot.com>; Greg Roberts <gregroberts@loandepot.com>; Allen Watts <allenwatts@loandepot.com>; Brittany Evers <bevers@loandepot.com>; Emily Ventura <eventura@loandepot.com>
**Cc:** Brian Covey <BCovey@loandepot.com>
**Subject:** Reg 9

What's up guys. We are trashing reg 9! You guys have all done an amazing job regarding pricing so keep it up. We are going to be watching the PE's to insure we are putting everyone in a position to win, but no more need to adjust comp! Brian is going to chime

CONFIDENTIAL                                                                                                         SJ05270

in as well, and if you have any questions call me.

CONFIDENTIAL

SJ05271