# EXHIBIT 4

| | |
|---|---|
| Number of participants | 3 |
| Participants | se_joh@yahoo.com (owner)<br>+19014823806 Brian Covey<br>+17036063651 Sean Johnson (owner) |
| Number of messages | 13 |
| First message sent date/time | June 02, 2020 13:22:21 |
| Last message sent date/time | June 02, 2020 15:23:04 |

**+17036063651 Sean Johnson** — June 02, 2020 13:22:21

What happened with king

**+19014823806 Brian Covey** — June 02, 2020 13:23:06

Long story. Fam stuff

**+17036063651 Sean Johnson** — June 02, 2020 13:28:50

Really. That is always tough

**+19014823806 Brian Covey** — June 02, 2020 13:29:36

Had to put his dad in assisted living. We are supposed to chat again today. He's keeping a lot close to the fam right now.

**+17036063651 Sean Johnson** — June 02, 2020 13:48:14

Been through that. It sucks

**+19014823806 Brian Covey**  June 02, 2020 13:49:53

Same. Nicole's grandmother just went to assisted living late last year and so hard.

**+19014823806 Brian Covey**  June 02, 2020 14:17:28

I'm on the other line & I'll call you back shortly or you can shoot me a text.

**+17036063651 Sean Johnson**  June 02, 2020 14:17:41

Please

**+19014823806 Brian Covey**  June 02, 2020 14:59:38

can we do Corp sourced on this?  $124k loan size / 1.7 PE;



> **+17036063651 Sean Johnson**  June 02, 2020 14:59:48
>
> That's fine

> **+19014823806 Brian Covey**  June 02, 2020 14:59:55
>
> Liked "That's fine"

> **+17036063651 Sean Johnson**  June 02, 2020 15:19:26
>
> Can't lock without appraisal or PIW

> **+17036063651 Sean Johnson**  June 02, 2020 15:23:04
>
> Region 9 is gone. Not good

SJ07707