# EXHIBIT 5

| | |
|---|---|
| Number of participants | 3 |
| Participants | se_joh@yahoo.com (owner) <br> +19014823806 Brian Covey <br> +17036063651 Sean Johnson (owner) |
| Number of messages | 13 |
| First message sent date/time | November 19, 2020 08:40:09 |
| Last message sent date/time | November 19, 2020 12:44:05 |

**+19014823806 Brian Covey**                          November 19, 2020 08:40:09

I'm out at urgent care. Unfortunately not feeling better. Actually worse so getting tested for what ever it could be.

**+17036063651 Sean Johnson**                         November 19, 2020 08:40:38

You better bounce back! I ain't working for Paul!!

**+19014823806 Brian Covey**     November 19, 2020 08:41:52



**+19014823806 Brian Covey**     November 19, 2020 08:42:36

I feel ok then I don't. It sucks. Thought I had kicked it. With soccer in memphis this weekend have to be safe and get tested

**SJ07751**

**+19014823806 Brian Covey**  November 19, 2020 08:45:46

Can you add the R9 code?;Goes to John



**+17036063651 Sean Johnson**  November 19, 2020 08:45:59

Yep

**+17036063651 Sean Johnson**  November 19, 2020 08:46:20

So your not so sick I can't slip shit by you

**+19014823806 Brian Covey**　　　　　　　　　　November 19, 2020 08:46:41

Lol. Still got it 🥳

**+17036063651 Sean Johnson**　　　　　　　　　　November 19, 2020 12:05:39

Still at urgent care

**+19014823806 Brian Covey**　　　　　　　　　　November 19, 2020 12:05:58

Got the COVID

**+19014823806 Brian Covey**　　　　　　　　　　November 19, 2020 12:06:12

Getting meds now

**+17036063651 Sean Johnson**　　　　　　　　　　November 19, 2020 12:06:53

Why are you positive in all aspects of your life! You need some negatives

**+17036063651 Sean Johnson**　　　　　　　　　　November 19, 2020 12:44:05

Sent you and Paul an Email on the MI issue