# EXHIBIT 6

Message

| | |
|---|---|
| From: | John Bianchi [jbianchi@loandepot.com] |
| Sent: | 11/12/2021 6:44:24 PM |
| To: | John Bianchi [JBianchi@loandepot.com] |
| CC: | Chris Holloway [CHolloway@loandepot.com]; Tom Fiddler [TFiddler@loandepot.com] |
| Subject: | Authorized for Pricing Exception - #■■■■4269 - ■■■■ |

A Message from loanDepot A message from loanDepot



**Pricing Exception Authorized:**

| | |
|---:|:---|
| **Loan Number:** | ■■■■4269 |
| **Borrower Name:** | ■■■■■■■■■■ |
| **Loan Amount:** | $308,000.00 |
| **Interest Rate:** | 2.875 |
| **Decisioned By:** | John Bianchi |
| **Exception Percent:** | -0.591 |
| **Reason:** | ilc ---- Loan is in the ILC, salvaging it. Won't stick with us unless we match broker at 2.875% |

© Copyright 2021 - loanDepot, 26642 Towne Centre Drive, Foothill Ranch, 92610. All rights reserved. NMLS I.D. #174457

DL_EMT_Agent_6048_PricingExceptionAuthorized_0319