# EXHIBIT 7

**Message**

| | |
|---|---|
| **From:** | John Bianchi [jbianchi@loandepot.com] |
| **Sent:** | 10/13/2021 9:36:32 PM |
| **To:** | John Bianchi [JBianchi@loandepot.com] |
| **CC:** | Chris Holloway [CHolloway@loandepot.com]; Tom Fiddler [TFiddler@loandepot.com] |
| **Subject:** | Authorized for Pricing Exception - #▮▮▮▮4728 -▮▮▮▮▮▮ |

A Message from loanDepot A message from loanDepot



**loanDepot**

**Pricing Exception Authorized:**

| | |
|---|---|
| **Loan Number:** | ▮▮▮▮4728 |
| **Borrower Name:** | ▮▮▮▮▮▮▮▮▮▮ |
| **Loan Amount:** | $750,000.00 |
| **Interest Rate:** | 2.750 |
| **Decisioned By:** | John Bianchi |
| **Exception Percent:** | -1.008 |
| **Reason:** | ILC deal, competing against BOA on rate. Multiple time past client |

© Copyright 2021 - loanDepot, 26642 Towne Centre Drive, Foothill Ranch, 92610. All rights reserved. NMLS I.D. #174457

DL_EMT_Agent_6048_PricingExceptionAuthorized_0319