# EXHIBIT 8

Message

| | |
|---|---|
| **From:** | John Bianchi [jbianchi@loandepot.com] |
| **Sent:** | 6/14/2021 9:24:30 PM |
| **To:** | John Bianchi [JBianchi@loandepot.com] |
| **CC:** | Chris Holloway [CHolloway@loandepot.com]; Tom Fiddler [TFiddler@loandepot.com] |
| **Subject:** | Authorized for Pricing Exception - #■■■0944 -■■■ |

A Message from loanDepot A message from loanDepot



### Pricing Exception Authorized:

| | |
|---|---|
| **Loan Number:** | ■■■0944 |
| **Borrower Name:** | ■■■ |
| **Loan Amount:** | $1,164,106.00 |
| **Interest Rate:** | 2.750 |
| **Decisioned By:** | John Bianchi |
| **Exception Percent:** | -1.518 |
| **Reason:** | Large Financial Advisor, first deal giving me and his own. Shopped us with prior company, was able to secure with this rate. Is an ILC deal |

© Copyright 2021 - loanDepot, 26642 Towne Centre Drive, Foothill Ranch, 92610. All rights reserved. NMLS I.D. #174457

DL_EMT_Agent_6048_PricingExceptionAuthorized_0319