**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LOANDEPOT.COM, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No.: 1:23-cv-00681-MN |
| | : | |
| MOVEMENT MORTGAGE, LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 30, 2024, a true and correct copy of Plaintiff

loanDepot.com, LLC's Responses to Defendant Movement Mortgage, LLC's Second Request for

Production of Documents was served on the following via electronic mail:

Lauren P. DeLuca (No. 6024)
CONNOLLY GALLAGHER LLP
1201 N. Market St., 20thFloor
Wilmington, DE 19801
ldeluca@connollygallagher.com

Ari Karen (*pro hac vice*)
Lucas Markowitz (*pro hac vice*)
Jessie Feldman (*pro hac vice*)
Corinne Bahner (*pro hac vice*)
MITCHELL SANDLER LLC
1120 20th Street NW, Suite 725
Washington, D.C. 20036
akaren@mitchellsandler.com
lmarkowitz@mitchellsandler.com
jfeldman@mitchellsandler.com
cbahner@mitchellsandler.com

Of Counsel:

Matthew J. Hank (*pro hac vice*)
LITTLER MENDELSON, P.C.
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102
267-402-3000 (Phone)
mhank@littler.com

Paul J. Kennedy (*pro hac vice*)
Camellia Campanelli (*pro hac vice*)
LITTLER MENDELSON, P.C.
815 Connecticut Avenue, NW, Suite 400
Washington, DC 20006.4046
202-842-3400 (Phone)
pkennedy@littler.com

Thomas W. Carroll, (*pro hac vice*)
Hannah J. Fitzgerald (*pro hac vice*)
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
tcarroll@littler.com

James Y. Lee, (*pro hac vice*)
LITTLER MENDELSON, P.C.
1601 Cherry St., Suite 1400
Philadelphia, PA 19102
jameslee@littler.com

Lauren M. Bridenbaugh, (*pro hac vice*)
LITTLER MENDELSON, P.C.
1800 Tyson Boulevard, Suite 500
Tyson Corner, VA 22102
lbridenbaugh@littler.com

Tyler A. Sims, (*pro hac vice*)
LITTLER MENDELSON, P.C.
One Newark Center
1085 Raymond Boulevard, 8th Floor
Newark, NJ 07102
tsims@littler.com

Dated:  May 31, 2024

**COLE SCHOTZ P.C.**

*/s/ Andrew L. Cole*
Andrew L. Cole (No. 5712)
Nathaniel J. Klepser (No. 6975)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131 (Phone)
(302) 652-3117 (Fax)
acole@coleschotz.com
nklepser@coleschotz.com

*Attorneys for Plaintiff,*
*loanDepot.com, LLC*