# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| LOANDEPOT.COM, LLC, | : |
| Plaintiff, | : |
| v. | : Case No.: 1:23-cv-00681-MN |
| MOVEMENT MORTGAGE, LLC, | : |
| Defendant. | : |

**STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME FOR DEPOSITIONS AND
EXPERT-RELATED DISCOVERY AND DISPOSITIVE MOTIONS**

WHEREAS, on October 5, 2023, the Court entered an initial Scheduling Order governing, among other things, fact and expert discovery, dispositive motions, and Daubert motions (D.I. 31);

WHEREAS, on March 14, 2024, the parties stipulated to, and the Court ordered, an extension of the discovery and expert deadlines (D.I. 48);

WHEREAS, the parties are continuing to work diligently to complete all discovery in this matter, including depositions; however, the parties have pending discovery disputes, which are scheduled to be heard by Magistrate Judge Burke on July 29, 2024 (D.I. 67);

WHEREAS, the parties have agreed to further extend discovery deadlines, which in turn requires an extension of the expert disclosures and dispositive motion deadlines;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the deadlines related to fact witness depositions, expert disclosures, and dispositive and *Daubert* motions shall be extended as indicated below. Because the parties continue to work diligently to complete discovery and due to the hearing on the parties' discovery disputes scheduled for July 29, 2024, good cause exists to further amend the Scheduling Order (D.I. 31, 48) as shown below. The Parties respectfully submit that the remaining deadlines for a pretrial conference on January 14,

2025 and a 9-day jury trial to commence on January 21, 2025 remain as scheduled. Pursuant to Rule 16.4 of the Local Rules, the Parties certify that they have sent a copy of this request to their respective clients.

| Event | Current Deadline | Extended Deadline |
|---|---|---|
| Close of Fact Witness Depositions | June 11, 2024 | September 30, 2024 |
| Dispositive Motions | August 17, 2024 | October 17, 2024 |
| Plaintiff's Expert Report due; Provide Expert availability for Depositions | July 1, 2024 | October 15, 2024 |
| Defendant's Expert Disclosures to Contradict or Rebut Evidence | July 31, 2024 | November 15, 2024 |
| Plaintiff's Reply to Expert Reports | August 19, 2024 | December 2, 2024 |
| Close of Expert Discovery and *Daubert* Motions due | September 17, 2024 | December 20, 2024 |

| | |
|---|---|
| **COLE SCHOTZ P.C.** | **CONNOLLY GALLAGHER LLP** |
| */s/ Andrew L. Cole* | */s/ Lauren P. DeLuca* |
| Andrew L. Cole (No. 5712) | Lauren P. DeLuca (No. 6024) |
| Nathaniel J. Klepser (No. 6975) | 1201 N. Market St., 20th Floor |
| 500 Delaware Avenue, Suite 1410 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 757-7300 (Phone) |
| (302) 652-3131 (Phone) | ldeluca@connollygallagher.com |
| (302) 652-3117 (Fax) | |
| acole@coleschotz.com | *Attorneys for Defendant,* |
| nklepster@coleschotz.com | *Movement Mortgage, LLC* |
| | |
| *Attorneys for Plaintiff,* | |
| *loanDepot.com, LLC* | |

Dated: June 4, 2024

IT IS SO ORDERED, this _____ day of _____ 2024.

_____
The Honorable Maryellen Noreika
United States District Judge