| | |
|---|---|
| **From:** | Chris Shelton |
| **Sent:** | Thursday, October 14, 2021 8:29 AM EDT |
| **To:** | Alison Drensek |
| **CC:** | Michael Brennan |
| **Subject:** | Re: LD |
| **Attachments:** | image001.jpg, image002.png |

I told Clay yesterday, we cant go over 75 bps, on any offers.

These are all part of the package deal, but I dont see any issue with us working on the offers prior to next week, as if nothing is going on in the background. This way, no alarms get sounded.

Have Kevin push back at 75 bps on both or I can let Clay know.

Chris Shelton
Divisional Leader
Movement Mortgage

On Oct 14, 2021, at 4:32 AM, Alison Drensek <Alison.Drensek@movement.com> wrote:

OMG…now there's one for Lisa West from LD with an $800K sign on.  She's an $80MM producer.

<image002.png>

**Alison Drensek**  |  Director – Finance & Strategic Planning

**Mobile** (859) 391-4644
**Office Hours** 8:30AM – 5:30PM

8024 Calvin Hall Rd.
Indian Land, SC 29707
movement.com
<image001.jpg>

Have I made you a **raving fan** today? If so, please email ravingfans@movement.com.
Need to send me sensitive information via email? Click here.
Movement Mortgage has implemented Proofpoint Email Encryption Service. To learn more, click here.

"Movement Mortgage" is a registered trademark of Movement Mortgage, LLC, a Delaware limited liability company. Please be aware that e-mail is NOT a secured communication vehicle and that others may in certain

circumstances be able to view its contents. As a result, while we are happy to provide this information by e-mail, we do NOT conduct actual business transactions by e-mail. Please contact the sender directly if you have any concerns about this message. All loans subject to credit approval and property appraisal. Equal Housing Opportunity. This communication is intended to be a confidential and proprietary business communication and is intended solely for the use of the designated recipient(s). If this communication is received in error, please contact the sender and delete this communication.

**From:** Alison Drensek
**Sent:** Thursday, October 14, 2021 7:27 AM
**To:** Michael Brennan <mike.brennan@movement.com>; Chris Shelton <Chris.Shelton@movement.com>
**Subject:** RE: LD

And to note, Hottle shouldn't be allowed to extend any offer without us reviewing.  This is 75bps…what the heck is he thinking?

**Alison Drensek**  |  Director – Finance & Strategic Planning

**Mobile** (859) 391-4644
**Office Hours** 8:30AM – 5:30PM

8024 Calvin Hall Rd.
Indian Land, SC 29707
movement.com

<image001.jpg>

Have I made you a **raving fan** today? If so, please email ravingfans@movement.com.
Need to send me sensitive information via email? Click here.
Movement Mortgage has implemented Proofpoint Email Encryption Service. To learn more, click here.

"Movement Mortgage" is a registered trademark of Movement Mortgage, LLC, a Delaware limited liability company. Please be aware that e-mail is NOT a secured communication vehicle and that others may in certain circumstances be able to view its contents. As a result, while we are happy to provide this information by e-mail, we do NOT conduct actual business transactions by e-mail. Please contact the sender directly if you have any concerns about this message. All loans subject to credit approval and property appraisal. Equal Housing Opportunity. This communication is intended to be a confidential and proprietary business communication and is intended solely for the use of the designated recipient(s). If this communication is received in error, please contact the sender and delete this communication.

**From:** Alison Drensek
**Sent:** Thursday, October 14, 2021 7:24 AM
**To:** Michael Brennan <mike.brennan@movement.com>; Chris Shelton <Chris.Shelton@movement.com>
**Subject:** LD
**Importance:** High

Guys…need help here.  **James Hottle submitted an offer for Sumeeth with a $675K start up**.  I'm assuming this shouldn't be happening with what's going on, and I sure as heck hope he hasn't communicated this to him.  I told Kevin to hold off on this one.  Not sure if there are more coming

today or not – just saw this one come through now, so clearly we need to get a quick handle on this, unless there are updates I'm just not up to date on.  Either way, let me know & help here please! ☺

**Alison Drensek**  |  Director – Finance & Strategic Planning

**Mobile** (859) 391-4644
**Office Hours** 8:30AM – 5:30PM

8024 Calvin Hall Rd.
Indian Land, SC 29707
movement.com
<image001.jpg>

Have I made you a **raving fan** today? If so, please email ravingfans@movement.com.
Need to send me sensitive information via email? Click here.
Movement Mortgage has implemented Proofpoint Email Encryption Service. To learn more, click here.

"Movement Mortgage" is a registered trademark of Movement Mortgage, LLC, a Delaware limited liability company. Please be aware that e-mail is NOT a secured communication vehicle and that others may in certain circumstances be able to view its contents. As a result, while we are happy to provide this information by e-mail, we do NOT conduct actual business transactions by e-mail. Please contact the sender directly if you have any concerns about this message. All loans subject to credit approval and property appraisal. Equal Housing Opportunity. This communication is intended to be a confidential and proprietary business communication and is intended solely for the use of the designated recipient(s). If this communication is received in error, please contact the sender and delete this communication.