COLE SCHOTZ P.C.

Nathaniel J. Klepser
Associate
Admitted in DE

Reply to Delaware Office
Writer's Direct Line: 302.651.2002
Writer's Direct Fax: 302.574.2102
Writer's E-Mail: NKlepser@coleschotz.com

500 Delaware Avenue, Suite 200
Wilmington, DE 19801
302-652-3131   302-652-3117 fax
—
New Jersey
—
New York
—
Maryland
—
Texas
—
Florida

June 6, 2024

**Via CM/ECF Filing**

District Judge Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19, Room 4324
Wilmington, DE  19801-3555

      Re:    loanDepot.com, LLC v. Movement Mortgage, LLC
              C.A. No. 1:23-CV-00681-MN

Dear Judge Noreika:

Plaintiff loanDepot.com. LLC ("Plaintiff" or "loanDepot") and Defendant Movement Mortgage, LLC ("Defendant" or "Movement") (collectively, "the Parties"), submit this joint letter pursuant to the Court's June 5, 2024, Oral Order regarding the Parties' Stipulation to Extend Time for Depositions and Expert-Related Discovery and Dispositive Motions (D.I. 74).  The Parties respectfully request that the Court enter the stipulation and vacate the current pre-trial and trial dates and reset the dates for a later time.



Respectfully Submitted,

| **COLE SCHOTZ P.C.** | **CONNOLLY GALLAGHER LLP** |
|---|---|

 */s/ Nathaniel J. Klepser*  
Andrew L. Cole (No. 5712)  
Nathaniel J. Klepser (No. 6975)  
500 Delaware Avenue, Suite 1410  
Wilmington, DE 19801  
(302) 652-3131 (Phone)  
(302) 652-3117 (Fax)  
acole@coleschotz.com  
nklepster@coleschotz.com  

*Attorneys for Plaintiff,*
*loanDepot.com, LLC*

 */s/ Lauren P. DeLuca*  
Lauren P. DeLuca (No. 6024)  
1201 N. Market St., 20th Floor  
Wilmington, DE 19801  
(302) 757-7300 (Phone)  
ldeluca@connollygallagher.com  

*Attorney for Defendant,*
*Movement Mortgage, LLC*