# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| LOANDEPOT.COM, LLC, | : |
| Plaintiff, | : |
| v. | : Case No.: 1:23-cv-00681-MN |
| MOVEMENT MORTGAGE, LLC, | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff loanDepot.com, LLC and Defendant Movement Mortgage, LLC, by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree that this action shall be dismissed with prejudice, with each party to bear its own attorney's fees and costs.

Dated: July 26, 2024

| **COLE SCHOTZ P.C.** | **CONNOLLY GALLAGHER LLP** |
|---|---|
| /s/ Nathaniel J. Klepser | /s/ Lauren P. DeLuca |
| Andrew L. Cole (No. 5712) | Lauren P. DeLuca (Del. Bar No. 6024) |
| Nathaniel J. Klepser (No. 6975) | 1201 N. Market Street, 20th Floor |
| 500 Delaware Avenue, Suite 1410 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | Telephone: (302) 757-7300 |
| (302) 652-3131 (Phone) | ldeluca@connollygallagher.com |
| (302) 652-3117 (Fax) | |
| acole@lcoleschotz.com | Of Counsel: |
| nklepser@coleschotz.com | |
| | Ari Karen (*pro hac vice*) |
| Of Counsel: | Jessica D. Feldman (*pro hac vice*) |
| | Corinne Bahner (*pro hac vice*) |
| Matthew J. Hank (*pro hac vice*) | Lucas Markowitz (*pro hac vice*) |
| LITTLER MENDELSON, P.C. | MITCHELL SANDLER LLC |
| 1601 Cherry Street, Suite 1400 | 1120 20th Street NW, Suite 725 |
| Philadelphia, PA 19102 | Washington, D.C. 20036 |
| 267-402-3000 (Phone) | Telephone: (202) 886-5260 |
| mhank@littler.com | akaren@mitchellsandler.com |
| | jfeldman@mitchellsandler.com |

2

Paul J. Kennedy (*pro hac vice*)
LITTLER MENDELSON, P.C.
815 Connecticut Avenue, NW, Suite 400
Washington, DC 20006.4046
202-842-3400 (Phone)
pkennedy@littler.com

Thomas W. Carroll, (*pro hac vice*)
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
tcarroll@littler.com

Camellia Campanelli (*pro hac vice*)
LITTLER MENDELSON, P.C.
815 Connecticut Avenue, NW, Suite 400
Washington, DC 20006.4046
202-842-3400 (Phone)
ccampanelli@littler.com

James Y. Lee, (*pro hac vice*)
LITTLER MENDELSON, P.C.
1601 Cherry St., Suite 1400
Philadelphia, PA 19102
jameslee@littler.com

Lauren M. Bridenbaugh, (*pro hac vice*)
LITTLER MENDELSON, P.C.
1800 Tyson Boulevard, Suite 500
Tyson Corner, VA 22102
lbridenbaugh@littler.com

Tyler A. Sims, (*pro hac vice*)
LITTLER MENDELSON, P.C.
One Newark Center
1085 Raymond Boulevard, 8th Floor
Newark, NJ 07102
tsims@littler.com

Hannah Fitzgerald, (*pro hac vice*)
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
hfitzgerald@littler.com

*Attorneys for Plaintiff loanDepot.com, LLC*

cbahner@mitchellsandler.com
lmarkowitz@mitchellsandler.com

*Attorneys for Defendant Movement Mortgage, LLC*